IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Doniele Smith, on behalf of herself and others,
    similarly situated,

                                                   Case No: 2:17-cv-1077

        Plaintiff,

                                                   Judge Graham

    v.

CHS Employment Services, LLC,

        Defendant.

## Opinion and Order

This Fair Labor Standards Act case is before the court on the parties' joint motion to file their settlement agreement under seal. The court denies the motion to file under seal for the reasons set forth in the court's opinion in <u>Stanley v. Turner Oil & Gas Props., Inc.</u>, No. 2:16-cv-386, 2017 WL 5068444 (S.D. Ohio July 24, 2017); <u>see also</u> <u>Fairfax v. Hogan Transportation Equip., Inc.</u>, No. 2:16-cv-680, 2019 WL 466148 at *2 (S.D. Ohio Feb. 6, 2019). "In the Sixth Circuit and elsewhere, the 'great weight of authority' favors open court documents generally and favors open FLSA settlement agreements specifically." <u>Stanley</u>, 2017 WL 5068444 at *1 (quoting <u>Smolinski v. Ruben & Michelle Enters. Inc.</u>, No. 16-cv-13612, 2017 WL 835592, at *3 (E.D. Mich. Mar. 3, 2017)).

Generally, there is a strong presumption in favor of open court records. <u>Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.</u>, 825 F.3d 299, 305 (6th Cir. 2016). The parties have offered no reasons why their situation would justify putting their settlement under seal. "The public has a keen interest in the outcome of FLSA litigation, and as such, 'sealing a FLSA settlement rarely, if ever, will be shown to outweigh the public right to access of judicial documents.'" <u>Stanley</u>, 2017 WL 5068444 at *1 (quoting <u>Smolinski</u>, 2017 WL 835592 at *3); <u>see also</u> <u>Steele v. Staffmark Invs., LLC</u>, 172 F.Supp.3d 1024, 1031 (W.D. Tenn. 2016) ("[T]his Court is unwilling to approve a settlement or dismissal of FLSA claims where the terms of the settlement are not available to the public.").

Accordingly, the joint motion to file under seal (doc. 70) is DENIED.

                                       s/ James L. Graham
                                       JAMES L. GRAHAM
                                       United States District Judge

DATE: July 22, 2019